HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
ALEXANDER ROJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:14-cr-174 GEB |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| vs. | ) |
| ALEXANDER ROJAS, | ) Date: November 21, 2014 |
| Defendant. | ) Time: 9:00 a.m. Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for ALEXANDER ROJAS, that the status conference hearing date of October 10, 2014 be vacated, and the matter be set for status conference on November 21, 2014 at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 21, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

1  Dated:  October 9, 2014

2                                                                    Respectfully submitted,

3                                                                    HEATHER E. WILLIAMS
                                                                     Federal Defender

4

5                                                                    */s/ Matthew M. Scoble*
                                                                     MATTHEW M. SCOBLE
                                                                     Assistant Federal Defender
6                                                                    Attorney for Defendant
                                                                     ALEXANDER ROJAS
7

8  Dated: October 9, 2014                                            BENJAMIN B. WAGNER
                                                                     United States Attorney
9

10                                                                   */s/ Matthew M. Scoble for Kyle Reardon*
                                                                     KYLE REARDON
11                                                                   Assistant U.S. Attorney

12                                  **O R D E R**

13      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

14  October 10, 2014, status conference hearing be continued to November 21, 2014, at 9:00 a.m.

15  Based on the representation of defense counsel and good cause appearing there from, the Court

16  hereby finds that the failure to grant a continuance in this case would deny defense counsel

17  reasonable time necessary for effective preparation, taking into account the exercise of due

18  diligence.  The Court finds that the ends of justice to be served by granting a continuance

19  outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that

20  time up to and including the November 21, 2014 status conference shall be excluded from

21  computation of time within which the trial of this matter must be commenced under the Speedy

22  Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow

23  defense counsel reasonable time to prepare.

24      Dated:  October 10, 2014

25

26

27                                                                   _____
                                                                     GARLAND E. BURRELL, JR.
28                                                                   Senior United States District Judge

Stipulation and Order to Continue Status Conference                  *U.S. v Rojas, 2:14-cr-174 GEB*