HEATHER E. WILLIAMS, #122664
Federal Defender
Matthew M. Scoble, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
Alexander Antonio Rojas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Alexander Antonio Rojas,<br><br>　　　　　Defendant. | Case № 2:14-cr-00174-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:　　February 20, 2015<br>TIME　　　9:00 a.m.<br>JUDGE:　　Hon. Garland E. Burrell, Jr. |

　　　　IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew M. Scoble, attorney for Alexander Antonio Rojas, that the status conference scheduled for January 9, 2015 be vacated and continued to February 20, 2015 at 9:00 a.m.

　　　　Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition. Additionally, defense counsel has a family emergency and will not be available on the presently set date. Further, counsel prefers this case not be reassigned and requests the continuance. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including February 20, 2015,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

upon continuity of counsel and defense preparation.

DATED: December 18, 2014          Respectfully submitted,
                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Heather E. Williams for*
                                  Matthew M. Scoble
                                  Assistant Federal Defender
                                  Attorney for Alexander Antonio Rojas

DATED: December 18, 2014          BENJAMIN B. WAGNER
                                  United States Attorney

                                  */s/ by Heather E. Williams with consent*
                                  Matthew Morris
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 20, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the January 9, 2015 status conference shall be continued until February 20, 2015, at 9:00 a.m.

Dated:  December 18, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

*Conference*