HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
ALEXANDER ANTONIO ROJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case № 2:14-cr-00174-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ALEXANDER ANTONIO ROJAS, | DATE:       October 16, 2015 |
| Defendant. | TIME        9:00 a.m. |
| | JUDGE:    Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew M. Scoble, attorney for Alexander Antonio Rojas, that the status conference scheduled for October 16, 2015 be vacated and continued to December 4, 2015 at 9:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including December 4, 2015, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 14, 2015          Respectfully submitted,
                                 HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Matthew M. Scoble*
                                 Matthew M. Scoble
                                 Assistant Federal Defender
                                 Attorney for Alexander Antonio Rojas

DATED: October 14, 2015          BENJAMIN B. WAGNER
                                 United States Attorney

                                 */s/ Matthew Morris*
                                 Matthew Morris
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


                              ORDER

       IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

its order. The Court specifically finds the failure to grant a continuance in this case would deny

counsel reasonable time necessary for effective preparation, taking into account the exercise of

due diligence.  The Court finds the ends of justice are served by granting the requested

continuance and outweigh the best interests of the public and defendant in a speedy trial.

       The Court orders the time from the date the parties stipulated, up to and including

December 4, 2015, shall be excluded from computation of time within which the trial of this case

must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It

is further ordered** the October 16, 2015 status conference shall be continued until December 4,

2015, at 9:00 a.m.

Dated:  October 16, 2015


                                 _____
                                 GARLAND E. BURRELL, JR.
                                 Senior United States District Judge