HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
ALEXANDER ANTONIO ROJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:14-cr-174-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO ADJUST BRIEFING SCHEDULE |
| vs. | |
| ALEXANDER ANTONIO ROJAS | Date:   September 23, 2016<br>Time:   9:00 a.m.<br>Judge: Hon. Garland E. Burrell |
| Defendants. | |

Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney Matthew Morris, and defendant, by and through counsel. Assistant Federal Defender Douglas Beevers, hereby stipulate as follows:

1. The Court previously ordered that defense's Motion be filed by August 26, 2016, government opposition filed by September 9, 2016, and defense reply filed by September 16, 2016. A Motion Hearing was set for September 23, 2016.

2. By this stipulation, the parties jointly move that the defense's Motion due date be moved to August 29, 2016. The government opposition will continue to be due on September 9, 2016 and defense reply will continue to be due on September 16, 2016. The Motion Hearing will remain on calendar for September 23, 2016.

3. The parties agree and stipulate that the schedule modification is appropriate given that plea negotiations are in place.

IT IS SO STIPULATED.

DATED: August 26, 2016         HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Douglas J. Beevers*
                               DOUGLAS J. BEEVERS
                               Assistant Federal Defender
                               Attorney for Alexander Antonio Rojas


DATED: August 26, 2016         PHILLIP A. TALBERT
                               Acting United States Attorney

                               */s/ Matthew Morris*
                               Matthew Morris
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**FINDINGS AND ORDER**

IT IS SO FOUNDED AND ORDERED.

Dated:  August 26, 2016


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge