PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-174 |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| v. | DATE: September 19, 2016 |
| ALEXANDER ANTONIO ROJAS, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Carolyn K. Delaney |

The parties, by and through their respective attorneys, stipulate that:

1. The defendant has filed a Motion for a Bill of Particulars (the "Motion") with a hearing scheduled for September 19, 2016 (ECF 45) and the Court had ordered a response from the government by September 16, 2016 (ECF 46).

2. In the process of meeting and conferring about the Motion (and three companion motions to dismiss that are no longer pending), the parties have concluded that they are likely very close to resolving the case.

3. In light of that potential resolution, the parties also believe that continuing the process of briefing the Motion is likely to hinder the potential for resolution of the case and would likely, at this point, be a waste of judicial resources.

4. The parties believe that a 30-day suspension of the briefing and argument schedule is in the interest of both parties and the Court.

5. The parties therefore jointly request that the Court:

    a. Vacate the motion hearing scheduled for September 19, 2016; and

    b. Set the matter for a hearing on the Motion on October 19, 2016, with the government's opposition or statement of non-opposition due by October 17, 2016.

**SO STIPULATED.**

Dated:  September 16, 2016         PHILLIP A. TALBERT
                                    Acting United States Attorney

                                    By:  /s/ MATTHEW G. MORRIS
                                         MATTHEW G. MORRIS
                                         Assistant United States Attorney

Dated:  September 16, 2016         HEATHER WILLIAMS
                                    Federal Defender

                                    By:  /s/ DOUGLAS BEEVERS (auth. by email)
                                         DOUGLAS BEEVERS
                                         Assistant Federal Defender
                                         Attorney for Alexander Rojas

STIPULATION AND PROPOSED ORDER                    2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEXANDER ANTONIO ROJAS,<br><br>　　　　　　　　　Defendant. | CASE NO.  2:14-CR-174<br><br>[PROPOSED] ORDER |

　　　The motion hearing on the defendant's Motion for a Bill of Particulars (ECF 45) scheduled for September 19, 2016, is vacated.

　　　The government's opposition of statement of non-opposition to the pending Motion for a Bill of Particulars is due on or before October 17, 2016.

　　　A hearing on the Motion for a Bill of Particulars is scheduled for October 19, 2016, at 2:00 p.m. before United States Magistrate Judge Kendall J. Newman.

　　　IT IS SO ORDERED.

Dated:  September 16, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER　　　3