PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-174-GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ALEXANDER ANTONIO ROJAS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for motions hearings on September 23, 2016 and October 18, 2016 before the district judge and magistrate judge respectively. ECF 45, 51. The district judge, in denying the motions scheduled for hearing on September 23, 2016, vacated that hearing date. ECF 49. The defendant withdrew his motion for a bill of particulars on October 17, 2016 as being moot. ECF 52. There is no current scheduled status or hearing date.

2. By this stipulation, defendant now moves to set the case for a status conference on January 20, 2017, and to exclude time between October 17, 2016, and January 20, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

      a)      The government has represented that the discovery associated with this case includes large volumes of electronic discovery which the government alleges contain child pornography. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, and the parties have been jointly meeting to review the electronic evidence at government offices where the materials are located.

      b)      The meetings described above, in which the electronic discovery has been provided and in which the parties have been meeting and conferring about the electronic evidence, provided the defendant with the information that caused the defendant to withdraw his motion for a bill of particulars as moot.

      c)      Counsel for defendant desires additional time to review the materials and discuss possible avenues with the defendant to decide whether to set a trial date in light of the evidence, and to review anticipated superseding charges that the government has discussed with the defense in the event that the case is set for trial.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 17, 2016 to January 20, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated:  December 20, 2016                                  PHILLIP A. TALBERT
                                                           United States Attorney

                                                           /s/ MATTHEW G. MORRIS
                                                           MATTHEW G. MORRIS
                                                           Assistant United States Attorney

Dated:  December 20, 2016                                  /s/ DOUGLAS BEEVERS
                                                           DOUGLAS BEEVERS
                                                           Counsel for Defendant
                                                           ALEXANDER ANTONIO
                                                           ROJAS

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  December 21, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3